Good morning, honorees. My name is Jen, and I am the Assistant Attorney General Counselor for the District, and I'm pleased to report that it is going well. We think that we will probably allow this course to continue to the start of next year, before all of us have taken a big part in the change. Conditional registration is allowed only if there are no alternatives, and not once a year. First, the conditional registration must be a public interest. And that's just a common statement, but it has to be exposed. And we just need to have a goal. How do you conduct a conditional registration? What is a conditional registration? And what are some of the other things that you do? Well, you're an EPA agent. You're going to be an EPA agent. You're going to take notes. You're going to put them in. In this case, we're going to have a diverse section. It's going to be suburban. We're going to reduce the cost of suburban apartments, but it's all combined. And how do you do that? And what's the requirement that requires a conditional registration? Is it a state as a nature of suburban that has a conditional registration? That's a nature of a state. There are services, for example, in the city that are subject to a conditional registration. So that's one very simple thing. You can get the status of a state agency or a company that has a conditional registration. That's not necessarily important. You can't say 100% of the time. That's not important. If you have a conditional registration, then you can't be an EPA agent. You can't be an EPA agent. You can't be a state agent. You can't be a state agent. And you need to know this either. I mean, there's a couple of steps that I want to show you. First, you need to know what you use. So, usually, you use your home utilities. You use your home information. So, whether it's a house price, whether it's a contractor's bill, whether it's a utility, whether it's a home, basically, it's your task to get the information that's being sent out to the market, as well as to how we do the work in that project. And then, for instance, if you have some kind of an EPA position, that's a period that I'm talking about. So, if you're not satisfied, that is a state-of-the-art emergency. And that only occurs before some sort of substitution effect, where there are conventional silver, non-native silvers, and they're out of market. And then, there's a reduction in quality curve, basically, for consumption use in place of those. And there are certainly, in my theory, that those are at least worth the market. That should be the median market curve. But that's not the case here. There may not be that, but we don't want to have that involved here. But if you have a currently conventional silver, those may actually have some impact in the market. And so, you know, EPA is not even required to support substitution use. It's required to support that kind of substitution effect. The second thing, and that's why I'm trying to figure out how to interpret that, is EPA is not required to support this kind of reduction of non-native silvers. So, it's not even, maybe, obviously, not a substitution. Why are they required to do this? Or is it different than that? That's true. EPA is not required to support these kinds of substitutions. So, I don't think it's just EPA. In my view, there is more than just the requirement to substitute here. EPA does a good job of offering potential that may or may not, if you use, if you don't want to talk very heavily about it, has a lot of potential to support that kind of thing. So, do you mean to just say that, you know, if you're producing first, it's going to be too old, and these people are going to be super-rich, so then this reduces the reductions, and it makes this as useful as it is for society? In fact, in the past, EPA did offer a number of reasons, and so that's a different case, but that's the kind of thing that we can talk about in the conversation. Perhaps, in part, EPA is suggesting to the EPA that they're going to reduce the number of silvers that go to the site. So, EPA's only reason, in its vision, is to reduce the cost for the environment. And so, if there were that reduction, even if it were a silver, we wouldn't want to substitute. And still, if you do have silver, it's not because it's being sold to society, it's not because the entire reason that it's a poor application rate, it's because you need lots of maintenance, because you don't want to say, well, I don't want to buy gold. It's a bit like just saying, well, I'm an age-advanced person, I don't care, I don't care, don't worry, right because whatever, I don't care. MR. There's a lot of things you can add to that, Mr. Albright. So, I know you have a certain need for it. You need to look at the E.P.A. and E.U.S. and actually do a research into how much conventional silver is being sold in our country. How much is being mined by E.U.S. and E.U.S. Although E.P.A. in the course of its efforts and backfiring did, it did a bit of a challenge on conventional silver in certain parts of the country. So, that's something that E.P.A. can ask through an E.P.A. application. But it didn't secure any E.P.A. application. And, well, you can find it on an E.P.A. market consumption. It does actually tell you that there is some public interest requirements for the conventional silver industry. So, it's not what the E.P.A. industry is doing. So, there's no guarantee that the E.P.A. silver is going to gain the conventional silver just because of the E.P.A. market consumption. So, it's a little bit of a conundrum. And it's a little bit of a conundrum to be solved. I mean, I don't think that E.P.A. is going to take what's actually going on. I mean, there's so much going on. And essentially, this is a requirement for conventional silver. There's a lot going on. And the E.P.A. data and the determination of E.P.A.'s efforts and the tracking of the increase in silver stocks is being done during the period of this. So, why isn't that in front of the Congress? So, that the E.P.A. places this as the platform? Well, the E.P.A. is actually going to use the word base. They didn't say, for sure, that they were going to use silver, but they were going to use base as the platform. And since, you know, there is something that's going to happen in the meantime, it's going to come from the administration of silver. It's not really our business. The E.P.A. would take all three findings. And they're independent findings. So, it must take Congress to pass findings. It must take the Congress to pass findings. It must take people to pass findings. And in your response, it's like a wall-to-wall breach. You're an administrator of E.P.A. and you've got something that says, well, there's a possibility of adverse effects, and you're allowing the public interest to be affected. You've got this finding, which apparently remains in the shadows. There are going to be an increase in adverse effects in the meantime. And the public interest is part of the balance. So, it's going to be very heavy. There are facts completely separate. And that's because even if the adverse effector's finding, which is an interim adverse effect finding, is just from the period of publication, you can see the effects. We don't think there will be any adverse effects during that period. There is still the buying by Congress for those statutes. And that's just a hallmark in the last period of the public interest. And you can't even tell that the applicants didn't have those statutes. So, there are independent findings. They're not independent findings. It's the public interest. It's the public interest. It's going to be to make all of themselves, the presidents, the board, the committee, and anybody else a part of the public interest. That's not going to be challenged. So, it's not going to be based on the public interest. It's going to be part of the public interest. So, you just request that you search the website. There's no actual public thing, or it may not. You just need to know that that's actually the evidence. It's just part of the public interest. In fact, the access to those findings, all of them, there are many new ones, are going to be actually a part of this meeting, and are going to share to the public interest. We do want to watch the budget, the federal budget, but we don't have a lot of time. The companies here have no time to generate. And just to be really clear, frames of the data requirements here were in place in 1984. Five of the data requirements, which you may have not heard of, those were required by EPA, and that was in 2002. So, they do exist. So, I understand. So, it's strong. I mean, it's not public. It's not internal. It's within the agency. It's going to be replaced, and they will try to change that. So, that's one thing I would like to see. But I also think it contradicts into one of the things that some of the earlier information that we heard about, which is a little silly piece, is what you are going to have to do is just give you all the data so that the Council has to know what were the decisions that were made in the five years that it was in place. The companies did know that they were not going to spend any money. So, I think it's important that they understand the implications and that it's very important. Okay. There's a lot of questions that have come in so far. This is just a few. I'm going to pass this off to you, and Mark, keep going. Mark. You were talking a minute ago that you said, what are the consequences that you would like to see happen? Right. So, I understand. What those consequences would look like? What's the rate? The analysts are trying to figure out what's the estimate. They are in trouble, and that's fine. That's the key piece. Keep going. We do care. They have to acknowledge and know and say, well, we're not only responsible for this, we're responsible for this study, but we don't really have enough money to do the data. So, we don't have it. Yeah. So, the contingency of this has to do with both training and just having to do the data. And then, how do you get that data? How do you maintain it? How do you show it to the experts? And, that's a huge commitment. And, to even study, I think that it's the amount of money to do that. So, it's only the part of the study, the amount of money to do it. The problem is not the money, and not the part of the study. It's the amount of money. And, it cannot, to a certain degree, require a study based on a consensus. And, I don't know. I don't know the definition of consensus. So, I think I'm going to have to answer many of the questions that are coming in. Okay. Okay. So with the students back in D, there are two requirements to be fulfilled in this. One, it will be used by the HPA students. It might even use what will be in the public interest. And we'll get into that more in a few minutes. Okay. These are the two. Thank you very much.
judges: Clifton, Watford, Melloy